UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

In re:                                                                  Case No. 05-83359
Patricia Lodico
222 Jackson Street                                                  Chapter 13
P.O. Box 323
Hillsdale, IL 61257

Debtor(s)

**NOTICE OF COMPLETION OF PAYMENTS TO TRUSTEE**

     Now comes, Richard A. Bowers, Chapter 13 Trustee, and gives notice to the Court that the payment schedule as required by the Order Confirming Plan has been completed by the Debtor(s). The final disbursement has been made and the discharge may now be issued.

     A final report and statement of account will be filed with the Bankruptcy Court and mailed to the debtor(s) and attorney for debtor(s) when all creditor and debtor refund checks (if any) have been paid and there is a zero balance in the account.

Date: April 14, 2008          /s/
                                      Richard A. Bowers, Trustee

Lodico, Patricia 05-83359

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached Completion of Payments to Trustee was served upon the following by either hand-delivery, depositing into the United States mail, and/or electronically transmitted the 14th day of April, 2008, with postage prepaid and addressed as follows:

        Patricia Lodico
        222 Jackson Street
        P.O. Box 323
        Hillsdale, IL 61257

        Bruce Buckrop
        Attorney at Law
        329 18th Street, Ste. 500
        Rock Island, IL 61201

        United States Trustee
        Becker Building, Room 1100
        401 Main Street
        Peoria, IL  61602

        By: /s/
            Richard A. Bowers, Chapter 13 Trustee

Richard A. Bowers
Chapter 13 Trustee
P O Box 3760
Rock Island, IL  61201
Telephone (309) 788-9355