United States Bankruptcy Court
Central District of Illinois

Page 1

In RE: PATRICIA LODICO
PO BOX 323
HILLSDALE IL 61257

Case Number: 05-83359-TLP
SS #(1): ▓▓▓-▓▓-0875

## Final Report and Account

| | | |
|---|---|---|
| Case Filed: 7/8/2005 | Plan Confirmed: 9/20/2005 | Case Concluded: 4/9/2008 |
| This Case was Dismissed | | Report Prepared: 05/07/2008 |

The Trustee has maintained detailed records of all receipts and all of distributions through the above referenced Plan.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.          $9,424.67

Percent Paid to Unsecured Creditors          0

| Distributions to Creditors Creditor Name | Class | Amount Filed | Amount Allowed | Principal Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|
| BLACKHAWK STATE BANK | Secured | 1,495.14 | 1,495.14 | | | Disallowed |
| FLAGSTAR BANK | Secured | 8,282.78 | 8,282.78 | 6,638.19 | | $1,644.59 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

|  | Refund | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |
|---|---|---|---|---|---|---|---|---|
| Total Allowed | $8,282.78 | $0.00 | $0.00 | $0.00 | $1,844.00 | $0.00 | $0.00 | $942.48 |
| Principal Paid | $6,638.19 | $0.00 | $0.00 | $0.00 | $1,844.00 | $0.00 | $0.00 | $942.48 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | |

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| BRUCE BUCKROP | 1,844.00 | 1,844.00 |

### COURT COSTS & OTHER EXPENSES OF ADMINISTRATION

| Trustee Notice Fees | Trustee's Expense & Compensation Fund | Court Notice Fees | Total Cost & Expense |
|---|---|---|---|
| 0.00 | 942.48 | 0.00 | 942.48 |

### SUMMARY

| | | |
|---|---|---|
| Receipts - Amount Paid to Trustee by Debtor | 9,424.67 | |
| Total Paid to Principal & Interest | 6,638.19 | |
| Refund to Debtor | 0.00 | |
| Paid to Debtor's Attorney | 1,844.00 | |
| Court Cost & Other Expenses of Administration | 942.48 | |
| Total Disbursements | 9,424.67 | |
| Remaining Funds on Hand | | 0.00 |

Your Petitioner hereby certifies that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

All bank statements and canceled checks have been received in the above named case. All funds have been disbursed and there is now a zero balance in this estate

WHEREFORE, your petitoner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

RICHARD A. BOWERS

*[signature]*