**IT IS SO ORDERED.**

**SIGNED THIS: May 09, 2008**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

___

U.S. BANKRUPTCY COURT
Central District of Illinois

In Re:   Patricia Lodico                              Case No. 05-83359

         Debtor(s)

ORDER

THE TRUSTEE'S Motion to withdraw Notice of Completion is allowed.

###

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0753-1          User: jcas                Page 1 of 1           Date Rcvd: May 09, 2008
Case: 05-83359                Form ID: pdf012           Total Served: 4

The following entities were served by first class mail on May 11, 2008.
db           +Patricia Ann Lodico,    P.O. Box 323,    Hillsdale, IL 61257-0323
aty          +Bruce A Buckrop,    329 18th St #500,    Rock Island, IL 61201-8715
tr           +Richard A Bowers,    1800 3rd Ave,    POB 3760,    Rock Island, IL 61204-3760
ust          +U.S. Trustee,    Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,
               Peoria, IL 61602-1241
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2008**              **Signature:** _/s/ Joseph Speetjens_